IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AWILDA ECHAVARRY FEBO

   Debtor(s)

CASE NUM.10-06398 ESL

CHAPTER 13(ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 08/19/2010.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 19 day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. **10-06398 ESL**

**ECHAVARRY FEBO, AWILDA**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **8/19/2010**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **300.00** x **60** = $ **18,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **18,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **18,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK**  Cr. _____  Cr. _____
# **5324**  # _____  # _____
$ **7,000.00**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA BANCO**  Cr. _____  Cr. _____
# **3401**  # _____  # _____
$ **1,824.00**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO BBVA UNTIL CONFIRMATION $ 40.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO BBVA THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $400.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT.**

**ANY POST PETITION TAX REFUNDS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION.**

Signed: **/s/ AWILDA ECHAVARRY FEBO**
Debtor

_____
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ECHAVARRY FEBO, AWILDA
URB. ALTURA DE RIO GRANDE
N-622 CALLE 13
RIO GRANDE, PR  00986

GAP
PO BOX 530942
ATLANTA, GA  30353-0942

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR  00919-5596

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA  50364-0500

BBVA BANCO
PO BOX 71113
SAN JUAN, PR  00936-1113

MARTINEZ & TORRES LAW OFFICE
PO BOX 192938
SAN JUAN, PR  00919-2938

CITI
PO BOX 653084
DALLAS, TX  75265

WALMART
PO BOX 530927
Atlanta, GA  30353-0927

COMMOLOCO
PO BOX 1886
CAROLINA, PR  00984-1886

COOPERATIVA A/C LA REGLA DE ORO
VAN SCOY  D-2A , CALLE PRINCIPAL
BAYAMON, PR  00957

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427